AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**FILED**

District of ___COLUMBIA___

MAY 1 9 2005

*Michael Calvin Kee*

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

Plaintiff

v.

*Office DOC Director
DC Dept of Corrections
1923 Vermont Avenue NW
Washington DC 20001*
Defendant

CASE NUMBER: **05 1014**

I, _Michael Calvin Kee_____ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs
under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the
relief sought in the *complaint/petition/motion.*

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?     ☒ Yes        ☐ No        (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'**
    transactions.

2.  Are you currently employed?     ☒ Yes        ☐ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the
        name and address of your employer.   (List both gross and net salary.)

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages
        and pay period and the name and address of your last employer. *$25.00 every two weeks*
        *I have last worked in the 1930s at McDonalds & Popeyes*
        *McDonalds on 23rd and Benning Rd Na WDE 2000 3.80 per hour*
        *Popeyes on Nylan Helen Burroughs AVI NE WDC 2003 3.70 per hour*

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | | |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
    | e. | Gifts or inheritances | ☐ Yes | ☒ No |
    | f. | Any other sources | ☐ Yes | ☒ No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the
    amount received and what you expect you will continue to receive.

Attach Extra sheets, if necessary.
Continued from V. Statement of Claim

DC Human Rights Act of 1977

Authority. DC Code 24-211.02 (Powers)
Promulgation of Rules

American Correctional Association
(ACA) 4th Edition, Standards for
Adult Local Detention Facilities
4-ALDF, 4-ALDF-6B-01
And 4-ALDF-6B-02

Records Concerning An Individual's
Participation in the IGP Are
Considered Confidential.
These records shall be made
Available in Accordance with
the established procedures
for confidential records And
information, As Contained in
the DC Freedom of information
Act, As Amended, DC Code Sec
2.1401.01 et seq., ("the Act")
the District of Columbia

05 1014

FILED
MAY 19 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

discriminate on the basis of
race, color, religion, nation origin,
sex, age, marital status, personal
appearance sexual orientation,
familial status family responsibilities,
matriculation, political affiliation,
disability, source of income, or
place of residence or business.
Discrimination in violation of the
Act will not be tolerated.
Violators will be subject to
disciplinary action.

DOC prohibits discrimination
regarding administrative decisions
or program access for inmates.

Director ordered this statement.
(1.) Number 4030.1E  2-1-04
(2.) Number D.O. 4030.1D
(3.) PS 2008.2 Retention And Disposal of
Department Records (4-6-01)
(4.) DO 3350.2C Sexual Misconduct Against
Inmates (12-10-00)
(5.) PS 3800.3 Communications for Deaf
And Hearing Impaired (9/30/03)



(6) PS 4020.1B Orientation Program (7-1-04)
(7) PS 4022.1A Community Correctional
Centers Disciplinary Procedures
(8-13-02)
(8) SO 5300.1C Adjustment Board
Procedures Detention Services
(8-1-04)
(9) PS 4020.1A Admission And
Orientation Program (9-21-00)
(8) PS 4090.2 Intake Screening
(2-1-04)
(9) CA 93-2052 Women Prisoners
of DCDC V. DC (10-17-97)
And DO 3350.2C 12-10-98;.
(10) Program Statement All Above Please
(11) General Discipline And Grievances
1-617.52 Disciplinary grievances
And Appeals
(12) Adverse Actions; Grievances
1-617.1 Adverse
1-617.3 procedures And Appeals
(13) 1-617.51 Performance Management
System established
(14) 1-610.5 Procedural Protection
Excepted Service

Attach a extra sheets, if necessary.
Continued from V. Statement of Claim

Attachments
(A) Blue IGP form 1 (Administrative Remedy to
Warden / CRP Administrator)
(B) Crystal Report - "IGP Grievance Receipt"
(C) JACCS Grievance DATA entry
Screen
(D) Grievance Codes
(E) Pink IGP form 2 (CCC And
CCA/ CTF Inmate Appeal to
Deputy Director)
(F) Green IGP form 3 (CDF And
CCA/ CTF Inmate Appeal to
Deputy Director)
(G) Yellow IGP form 4 (Appeal
to Director)
(H) Crystal Report - Monthly IGP
Compliant Log (IGP form 6)
(I) Crystal Report - Monthly IGP
Appeal Log (IGP form 7)
(J) Crystal Report - Unresolved
IGP Log (IGP form 8)

Rule 4.3 dealing with any unrepresented
person (A) (B)
Rule 5.1 responsibilities of a partner or
supervisor Lawyer
Rule responsibilities of a subordinate
Lawyer (A) (B).
Rule responsibilities regarding non Lawyer
Assistants. Rule 5.3
Rule 5.4 Professional Independence of
Lawyer
Rule 5.5 Unauthorized practice of Law.

Michael Calvin Kee
C/o DC JAIL C.D.F.
1901 D Street, S.E. #5W1, #220312
Washington, D.C., 20003-2534