UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

Michael C. Kee                               )
DC# 220-312                                  )
1901 D Street, S.E.                          )
Washington, DC  20003                        )   No. 05-1014
                                             )
     Plaintiff,                            Judge Colleen Kollar-Kotelly

v.

American Correctional Association, et al.

     Defendants.

## MOTION OF DEFENDANT, GLORIA FITZGERALD, P.A., TO DISMISS

COMES NOW Defendant, Gloria Fitzgerald, P.A., misidentified in the Complaint as Dr. Fitzgerald, by and through counsel, Leo A. Roth, Jr., Esquire and Brault Graham,P.L.L.C., and respectfully moves this Court, pursuant to Fed. Civ. R. 12(b) (5) and (6), for an order dismissing plaintiff's Complaint against her.  As grounds therefore, Defendant states as follows:

1.  Plaintiff's Complaint fails to state a claim upon which relief can be granted and therefore, it is within the Court's discretion to dismiss this matter pursuant to 42 U.S.C. 1997e(c).

2.  Plaintiff has failed to set forth specific allegations against Defendant to hold her liable for any alleged injuries under a theory of constitutional liability that would fall under 42 U.S.C. § 1983.

3.  Plaintiff has failed to set forth a viable physical injury as required by 42 U.S.C. 1997(e).

4.  Additionally, Plaintiff's Complaint names, and a summons was issued to, a "Dr. Fitzgerald".  No such individual exists at the DC Detention Facility.  The Return of Summons

was mistakenly signed by an individual who works for the health care providers for the Detention Facility.  The Summons was not signed by Gloria Fitzgerald, who is a physician assistant, not a medical doctor.

In support of this Motion, Defendant attaches the following Memorandum of Points and Authorities, as well as a proposed Order.

                Respectfully submitted,

                BRAULT GRAHAM, P.L.L.C.

                /s/
                LEO A. ROTH, JR.  #11064
                110 South Washington Street
                Rockville, MD  20850
                (301) 424-1060
                Counsel for Defendant, Gloria Fitzgerald, P.A.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of September, 2005, the foregoing **Motion of Defendant, Gloria Fitzgerald, P.A., to Dismiss,** was forwarded to:

Michael C. Kee
DC 220-312
DC Detention Facility
1901 D. Street, SE
Washington, DC  20003-2534

                /s/
                LEO A. ROTH, JR.