UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

Michael C. Kee )
DC# 220-312 )
1901 D Street, S.E. )
Washington, DC  20003 ) No. 05-1014
  )
    Plaintiff,     Judge Colleen Kollar-Kotelly

v.

American Correctional Association, et al.

    Defendants.

## **ORDER**

UPON CONSIDERATION of the Motion to Dismiss of Defendant, Gloria Fitzgerald, P.A., mistakenly identified as "Dr. Fitzgerald" in the Complaint, any Opposition, and the record, it is this _____ day of _____, 2005,

ORDERED that the Motion of Defendant is GRANTED; and

FURTHER ORDERED that the Plaintiff's Complaint against Defendant be DISMISSED.

_____
Judge, Colleen Kollar- Kotelly, US District Court for the District of Columbia

Copies to:

Leo A. Roth, Jr., Esquire
Brault Graham, P.L.L.C.
110 South Washington Street
Rockville, MD  20850
Counsel for Gloria Fitzgerald, PA


Michael C. Kee
DC 220-312
DC Detention Facility
1901 D. Street, SE
Washington, DC  20003-2534