UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL KEE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN CORRECTIONAL )<br>ASSOCIATION, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1014 (CKK) |

### DISMISSAL ORDER

Defendant Gloria Fitzgerald has filed a motion to dismiss on September 2, 2005. Because a ruling on defendant's motion potentially disposes of a portion of this case, the Court advised the *pro se* plaintiff of his obligations under the Federal Rules of Civil Procedure and the rules of this Court. The Court set October 5, 2005 as the deadline for plaintiff's opposition or other response to the complaint, and warned plaintiff that, if he failed to respond timely may treat the motion as conceded. To date, plaintiff neither has filed an opposition nor requested an extension of time to do so.

Accordingly, it is hereby

ORDERED that defendant Fitzgerald's motion to dismiss [Dkt. #7] is GRANTED as conceded, and it is further

ORDERED that the Clerk of Court shall mail a hard copy of this Order to plaintiff at his address of record.

SO ORDERED.

DATE: Nov. 1, 2005

_____
COLLEEN KOLLAR KOTELLY
United States District Judge