UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Michael C. Kee,** )<br>)<br>**Plaintiff,** )<br>)    Civil No. 05-1014 (CKK)<br>**v.** )<br>)<br>**American Correctional Association, et al.,**)<br>)<br>**Defendants.** )<br>_____) | |

## DEFENDANTS' MOTION TO DISMISS

Defendants Larry Corbett and Gregory Jackson (hereinafter, "Defendants"),[1] by and through undersigned counsel and pursuant to F.R.C.P. 4(m), hereby move that this Honorable Court dismiss the plaintiff's complaint because the plaintiff has not provided proof of service for any of the District defendants.

A Memorandum of Points and Authorities is attached hereto. Because this is a dispositive motion, these Defendants are not required to seek the plaintiff's consent pursuant to LCvR 7.1(m).

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

---

[1] Although undersigned counsel does not formally represent the Director of the D.C. Department of Corrections in his individual capacity, the same arguments can be applied to him, and the defendants urge dismissal of the complaint against this defendant as well.

1

        */s/ Holly M. Johnson /s/*
        HOLLY M. JOHNSON [476331]
        Section Chief
        General Litigation Section III


        */s/ Dana K. DeLorenzo /s/*
        Dana K. DeLorenzo [468306]
        Assistant Attorney General
        441 4th Street, N.W.
        6th Floor South
        Washington, D.C. 20001
        (202) 724-6515
        (202) 727-3625 (fax)
        Dana.delorenzo@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on <u>April 26, 2006</u>, a copy of the foregoing Motion to Dismiss, Memorandum of Supporting Points and Authorities and proposed order was mailed postage prepaid to:

Michael Calvin Kee
DCDC No. 220-312
D.C. Jail
1901 D Street, SE
Washington, DC 20003-2534

        */s/ Dana K. DeLorenzo /s/*
        Dana K. DeLorenzo
        Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Michael C. Kee,                                        ) | |
| )| |
|       Plaintiff,                     ) | |
| )| Civil No. 05-1014 (CKK) |
| v.                                                            ) | |
| )| |
| American Correctional Association, et al.,) | |
| )| |
|       Defendants.              ) | |
| _____)| |

### MEMORANDUM OF POINTS AND AUTHORITIES SUPPORTING DEFENDANTS' MOTION TO DISMISS

Defendants Larry Corbett and Gregory Jackson (hereinafter, "Defendants"), by and through undersigned counsel and pursuant to F.R.C.P. 4(m), hereby move that this Honorable Court dismiss the plaintiff's complaint because the plaintiff has not provided proof of service for any of the District defendants.

### *BACKGROUND*

On May 18, 2005, the plaintiff filed a complaint, naming the American Correctional Association ("ACA"), Gregory Jackson, Larry Corbett, the Director of the D.C. Department of Corrections and Gloria Fitzgerald, P.A., as defendants. In the complaint, the plaintiff appears to claim that his constitutional rights were violated pursuant to 42 U.S.C. § 1983 because he did not receive proper medical care while incarcerated in the D.C. Jail. Ms. Fitzgerald filed a Motion to Dismiss in September 2005. The Court granted this Motion on November 1, 2005. Upon information and belief, the plaintiff has not filed proof of service as to any of the District defendants.

*ARGUMENT*

**1. PLAINTIFF DID NOT FILE A TIMELY AFFIDAVIT OF SERVICE FOR ANY OF THE DISTRICT DEFENDANTS.**

The requirements for service in federal court are very straightforward. For instance, F.R.C.P. 4(m) reads:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified period of time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

In this case, the complaint was filed on May 18, 2005, *almost one year ago*. Upon information and belief, as of the date the instant motion was filed, no affidavits of service were filed for any of the District defendants. Therefore, the case against all of these defendants should be dismissed.

WHEREFORE, Defendants respectfully request this Court dismiss the plaintiff's complaint against all of the District defendants.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Holly M. Johnson /s/*
HOLLY M. JOHNSON [476331]
Section Chief
General Litigation Section III

*/s/ Dana K. DeLorenzo /s/*
Dana K. DeLorenzo [468306]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Michael C. Kee,** )<br>)<br>**Plaintiff,** )<br>) <br>v. )<br>)<br>**American Correctional Association, et al.,**)<br>)<br>**Defendants.** )<br>_____) | **Civil No. 05-1014 (CKK)** |

### ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

Upon consideration of the defendants' Motion to Dismiss, any opposition thereto, and the facts and law considered, it is this \_\_\_ day of April, 2006

HEREBY ORDERED that the defendants' Motion is GRANTED; it is

FURTHER ORDERED that the plaintiff's case against Gregory Jackson, Larry Corbett and the Director of the Department of Corrections is DISMISSED WITHOUT PREJUDICE.

_____
Judge Kollar-Kotelly