**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                        )
MICHAEL KEE,                                            )
                                                        )
                    Plaintiff,                          )
                                                        )
          v.                                            )          Civil Action No. 05-1014 (CKK)
                                                        )
AMERICAN CORRECTIONAL                                   )
ASSOCIATION, *et al.*,                                  )
                                                        )
                    Defendants.                         )
_____)

## ORDER

Defendant District of Columbia has filed a motion to dismiss. Because a ruling on

defendant's motion potentially disposes of this case, the Court hereby advises the *pro se* plaintiff

of his obligations under the Federal Rules of Civil Procedure and the rules of this Court. *See Fox*

*v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); *Neal v. Kelly*, 963 F.2d 453, 456 (D.C. Cir. 1992).

Plaintiff is advised that the Court will rule on defendant's motion taking into

consideration the facts proffered in the complaint, along with plaintiff's response or opposition to

the motion. Plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within 11 days of the date of service or at such other time as the court
> may direct, an opposing party shall serve and file a memorandum of
> points and authorities in opposition to the motion. If such a
> memorandum is not filed within the prescribed time, the court may
> treat the motion as conceded.

LCvR 7(b). In addition, plaintiff's attention is directed to Rule 6(e) of the Federal Rules of Civil

Procedure which provides:

> Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon the party and the notice or paper is served upon the party [by mail], 3 days shall be added to the prescribed period.

Fed. R. Civ. P. 6(e). The Court may treat as conceded any motion not opposed within the time limits outlined above. Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above. Thus, failure to respond to the defendant's motion in this case carries with it the risk that the case will be dismissed.

Accordingly, it is hereby

ORDERED that plaintiff shall file his opposition or response to the District of Columbia's motion to dismiss by **August 21, 2006**. If plaintiff does not respond timely, the Court may grant the motion as conceded. It is further

ORDERED that the Clerk of Court shall mail a hard copy of this Order to plaintiff at his address of record.

SO ORDERED.

                                                 /s/
                                    COLLEEN KOLLAR KOTELLY
                                    United States District Judge

Date: July 19, 2006