UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL KEE, )
)
Plaintiff, )
)
v. ) Civil Action No. 05-1014 (CKK)
)
AMERICAN CORRECTIONAL )
ASSOCIATION, *et al.*, )
)
Defendants. )

## DISMISSAL ORDER

Defendant District of Columbia, the sole remaining defendant, filed a motion to dismiss on July 19, 2006. In its July 20, 2006 Order, the Court advised this *pro se* plaintiff of his obligations under the Federal Rules of Civil Procedure and the rules of this Court. Specifically, the Court advised plaintiff that, if he failed to file an opposition or other response to the District of Columbia's motion to dismiss by August 21, 2006, the Court may grant the motion as conceded. Plaintiff neither has filed an opposition nor requested additional time to do so. Accordingly, the Court deems the motion conceded, and will dismiss this action without prejudice.

It is hereby

ORDERED that the District of Columbia's motion to dismiss [#14] is GRANTED, and it is further

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE, and it is

1

further

ORDERED that the Clerk of Court shall mail a hard copy of this Order to plaintiff at his address of record.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
COLLEEN KOLLAR KOTELLY
United States District Judge

Date: Sept 6, 2006